UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THRIVENT FINANCIAL FOR )
LUTHERANS, )
 )
    Plaintiff, )
 )
vs. )
 ) Case No. 4:07-cv-01079 (TCM)
LUTHERAN CHURCH-MISSOURI )
SYNOD FOUNDATION and TIM )
STEINMEYER, )
 )
    Defendants. )

## JUDGMENT AND ORDER

The matter herein, having been finally resolved and settled, It is ORDERED that the interpleaded funds, after the payment of $11,000.00 *Plus costs of 1266.26* in attorneys' fees to Thrivent's attorneys, shall be paid by the Clerk of the Court to Lutheran Church-Missouri Synod Foundation and that Thrivent be fully discharged herein.

SO ORDERED

_____
The Honorable Thomas C. Mummert

Date: 11/26/0F